1  T. SCOTT BELDEN, STATE BAR NO. 184387
   KERI L. BLAND, STATE BAR NO. 265088
2  BELDEN BLAINE, LLP
   5100 CALIFORNIA AVENUE, SUITE 101
3  BAKERSFIELD, CALIFORNIA 93309
   Telephone: (661) 864-7826
4  Facsimile: (661) 878-9797
   Email: sbelden@beldenblaine.com
5
   Attorneys for Defendant,
6  Mission Bank

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10 | JAN RICHMOND, an individual, | Case No.  1:14-CV-00184-AWI-JLT |
   | Plaintiff, | **STIPULATION TO VACATE SETTLEMENT CONFERENCE AND ORDER THEREON** |
   | v. | |
   | MISSION BANK; DOES 1 through 50, | (Doc. 28) |
   | Defendant. | |

                        **I.  STIPULATION**

    JAN RICHMOND ("Plaintiff") and MISSION BANK ("Defendant") hereby stipulate to vacate the Settlement Conference currently set for December 16, 2014 and reset the Settlement Conference at the request of the Parties pursuant to the Court's July 9, 2014 Scheduling Order based upon the following:

    1.   Plaintiff's counsel submitted a written itemization of damages and settlement demand to Defendant's counsel on November 25, 2014;

    2.   Defendant's counsel submitted a written response to Plaintiff's settlement demand on December 2, 2014 explaining that Defendant could not make a meaningful counteroffer in light of Plaintiff's demand and the current posture of the case, including the fact that key discovery was completed on December 4, 2014; and

    ///

                                    1                        STIPULATION TO VACATE
                                                             SETTLEMENT CONFERENCE

3. At the request of Defendant's counsel, the Parties have agreed to request that the Court vacate the Settlement Conference currently set for December 16, 2014 and reset the Settlement Conference at the request of the Parties.

Dated: December 5, 2014                              BELDEN BLAINE, LLP

                                                By:  /s/ T.Scott Belden
                                                     T. Scott Belden

Dated: December 5, 2014                              LAW OFFICES OF RANDY RUMPH

                                                By:  /s/ Randy Rumph
                                                     Randy Rumph

**ORDER**

Pursuant to the stipulation of counsel (Doc. 28), the Court **ORDERS**:

1. The Settlement Conference set for December 16, 2014 is vacated; and

2. The Parties may request by stipulation that the Court reset the Settlement Conference.

IT IS SO ORDERED.

   Dated:   **December 8, 2014**                        **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE