# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN RICHMOND,<br><br>        Plaintiff,<br><br>    v.<br><br>MISSION BANK,<br><br>        Defendants. | Case No.: 1:14-cv-00184 JLT<br><br>ORDER AFTER INFORMAL DISCOVERY CONFERENCE<br><br>(Doc. 22) |

On February 19, the Court held an informal telephone conference regarding a discovery dispute between the parties. At the conference, Defendant agreed to amend its response to requests 18 and 21 of the request for production to indicate that it had located no document responsive to the requests.

As to requests 21, 22, 23 and 24, Defendant agreed to produce the documents for an in camera review. In addition, Defendant will provide the Court a summary of its policies, whether formal or informal, as to how credit worthiness bears on hiring decisions for all job types including those where the prospective employee is seeking a job where the applicant will have access to cash and those where the applicant will not have access to cash. In the event the Court determines there are documents that are responsive, the Court will initiate a telephone conference for further discussions.

Though the parties were unable to come to informal agreement regarding request 28 and the deposition of Jamee Pugh, they had resolve the issue related request 27 before the conference.

///

1

Therefore, the Court **ORDERS**:

1. No later than **February 27, 2015**, Defendant **SHALL** produce to the Court documents responsive to requests 21-24 along with a brief summary of Defendant's policies regarding the creditworthiness of prospective employees. The summary **SHALL** be provided to Plaintiff's counsel also. If Defendant wishes, the original documents may be personally delivered by a custodian of the records who may await their return after the review is completed. In this is Defendant's preferred course, it **SHALL** set up an appointment with the Court, by contacting Courtroom Deputy Clerk, Susan Hall (661-326-6620/SHall@caed.uscourts.gov);

2. Plaintiff is authorized to file a motion to compel as to request 28 and the deposition of Jamee Pugh. The motion **SHALL** comply with Local Rule 251(c).

IT IS SO ORDERED.

Dated:   **February 20, 2015**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE