UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN RICHMOND,<br><br>        Plaintiff,<br><br>   v.<br><br>MISSION BANK,<br><br>        Defendants. | Case No.: 1:14-cv-00184 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 55) |

Plaintiff reports that the parties have reached terms of an unconditional settlement in this matter. (Doc. 55)  Therefore, the Court **ORDERS**:

1. The stipulated request for dismissal SHALL be filed **no later than August 3, 2015**;

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **June 16, 2015**                         **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE